IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) | |
| ) | |
| Plaintiff,      ) | |
| ) | 8:05CR199 |
| vs.              ) | |
| ) | TRIAL ORDER |
| DUANE CHARLES ANDERSON,         ) | |
| JOSE C. CONTRERAS-CORTEZ,        ) | |
| JOSUE MARTIN RODRIGUEZ-LOPEZ ) | |
| and JOSE HERNANDEZ-MENDOZA,   ) | |
| ) | |
| Defendants.      ) | |

      This matter is before the court on the motion of Josue Martin Rodriguez-Lopez to continue the trial presently set for April 4, 2006. The defendant has complied with NECrimR 12.1. For good cause shown, I find that the motion should be granted.

      **IT IS ORDERED** that the motion (#80) is granted, as follows:

      1. Trial of this matter is continued from April 4, 2006 to **May 23, 2006** before Judge Laurie Smith Camp and a jury.

      2. The ends of justice will be served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **April 4, 2006 and May 23, 2006**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reasons stated in the motion, and considering the diligence of counsel. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

      3. Counsel for the United States shall confer with defense counsel and, no later than **May 15, 2006**, advise the court of the anticipated length of trial.

      **DATED March 27, 2006.**

                                        BY THE COURT:

                                        s/ F.A. Gossett
                                        **United States Magistrate Judge**