IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:05CR199 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER |
| JOSUE MARTIN RODRIGUEZ-LOPEZ, | ) ) ) | |
| Defendant. | ) | |

This matter is before the Court on the government's Motion For Dismissal (Filing No. 235). Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the Indictment (Filing No. 1), without prejudice, against the above-named Defendant.

IT IS ORDERED that:

1. The government's Motion For Dismissal (Filing No. 235) is granted without prejudice; and

2. The Petition for Action on Conditions of Pretrial Release (Filing No. 88) is denied as moot.

DATED this 23rd day of February, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge